AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| AARON JOSEPH CUNNINGHAM, | ) |
| *Plaintiff* | ) |
| v. | ) |
| WASHINGTON DEPARTMENT OF CORRECTIONS, | ) |
| *Defendant* | ) |

Civil Action No.   2:22-cv-00250-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   This action is DISMISSED WITHOUT PREJUDICE for failure to comply with 28 U.S.C. § 1914(a).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge _____MARY K. DIMKE_____

Date:  _01/09/2023_____

CLERK OF COURT

_SEAN F. McAVOY_____

_s/ Lilly Savchuk_____
*(By) Deputy Clerk*

_Lilly Savchuk_____